UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-02234 VBF (ADS)                              Date:  January 19, 2022

Title:  _Cynthia A. Becker-Gutierrez v. Kilolo Kijakazi, Acting Commissioner of Social Security Admin._

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE & OBEY COURT ORDER**

On October 10, 2020, Plaintiff filed this civil lawsuit seeking review of a decision of the Commissioner of the Social Security.

On October 28, 2020, a Case Management Order was issued.  [Docket ("Dkt.") No. 7].  Pursuant to the Case Management Order, Plaintiff was to serve her portion of the joint submission on Defendant by August 11, 2021.  On August 8, 2021, Plaintiff filed a Stipulation for Extension of Time to Serve Plaintiff's Portion of the Joint Submission until on or before October 11, 2021.  [Dkt. No. 15].  On August 9, 2021, the Court granted the requested extension.  [Dkt. No. 16].

In accordance with the Case Management Order, with the requested extension for Plaintiff to serve her portion of the joint submission by October 11, 2021, Defendant was to have served its portion of the joint submission to Plaintiff by no later than November 15, 2021.  Plaintiff then had until November 29, 2021 to serve an optional reply.  Defendant thereafter was to have filed the joint submission with the Court by December 6, 2021.  To date, no further filings have been made by the parties since the August 9, 2021 requested extension.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   5:20-02234 VBF (ADS)                              Date:  January 19, 2022

Title:  _Cynthia A. Becker-Gutierrez v. Kilolo Kijakazi, Acting Commissioner of Social Security Admin._

Plaintiff is **hereby ordered** to show cause in writing why this case should not be dismissed for failure to prosecute and obey Court orders by no later than **February 2, 2022**.  To meet this order, the joint submission may be filed with the Court, or Plaintiff may file a statement with the Court explaining why the joint submission was not timely filed and request and specify a date by which it will be filed.  If Plaintiff has decided to no longer pursue this case, he may file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**Failure to timely file the responses to this OSC with the Court, as directed above, may result in this action being dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh